# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**BARBARA LEEB,**

       **Plaintiff,**

  **v.**                                             **Case No. 05-C-0726**

**WYETH, INC., et al.,**

       **Defendants.**

## ORDER

Pursuant to 28 U.S.C. § 455(b)(4), this case is hereby returned to the clerk of court for random reassignment.

**SO ORDERED** this 8th day of July, 2005.

                                              s/Lynn Adelman
                                              LYNN ADELMAN
                                              District Judge